IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JOHN HENSCHKE, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) Case No.  4:14-cv-01570-AGF |
| REPUBLIC SERVICES, INC. and | ) |
| BRIDGETON LANDFILL, LLC. | )    LEAD CASE |
| | ) |
| Defendants. | ) |
| | ) |

<u>NOTICE OF HEARING</u>

PLEASE TAKE NOTICE THAT ON Thursday, October 13, 2016 at 3:00 p.m. before the Honorable Audrey Fleissig, in Courtroom 12 South.   Plaintiffs, by and through their counsel,  shall then and there present the following outstanding (non-testimony) motions:

1. Motion for Approval of Settlement for Incapacitated Adult
   *Bradtke, et al. v. Republic Services, Inc*., No. *14-cv-01781*

2. Motions for Approval of Minor Settlement and Motions to Appoint Next Friend:

   *Tobar, et al. v. Republic Services, Inc., No. 14:-cv-01776*
   *Sutterfield, et al. v. Republic Services, Inc.  No. 14-cv-01588*
   *Wortham, et al. v. Republic Services, Inc. No. 14-cv-01584*
   *Dill, et al. v. Republic Services, Inc.,  No. 14-cv-01583*
   *Woerheide, et al. v. Republic Services, In*c. No. 14-cv-01576

        FINNEY LAW OFFICE, LLC

        <u>/s/Daniel P. Finney, Jr., #26389</u>
        225 S. Meramec
        Suite 1200
        St. Louis, MO 63105
        (314) 646-0300
        (314) 646-0303 FAX
        Attorney for Plaintiff

<u>CERTIFICATE OF SERVICE</u>

A copy of the foregoing was served upon Defendants' counsel of record via the Court's ECF system on this 11th day of October, 2016 to: William Beck, 2345 Grand Boulevard, Suite 2200, Kansas City, Missouri 64108-2618 and Matthew A Jacober, Pierre Laclede Center, 7701 Forsyth Blvd., Suite 500, Clayton, MO 63105.

                                                  <u>/s/Daniel P.  Finney, Jr</u>.