IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JOHN HENSCHKE, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) ) Case No. 4:14-cv-01570-AGF |
| REPUBLIC SERVICES, INC. and BRIDGETON LANDFILL, LLC. | ) ) ) LEAD CASE |
| Defendants. | ) ) ) |

## MOTION TO APPROVE SETTLEMENT OF MINOR'S CLAIM

Rickey Sutterfield, as next friend for minor Plaintiff, M.M., appears, by and through counsel, and for their Motion to Approve Settlement of Minor's Claim, state as follows:

1. M.M. is a minor child residing with her biological father in Bridgeton, Missouri.

2. Rickey Sutterfield, is the biological parent and next friend of minor child M.M., and a Plaintiff in *Sutterfield, et al v Republic Services, Inc., et al.,* 4:14 cv 01588.

3. As next friend, Rickey Sutterfield has negotiated a Confidential Settlement Agreement and Release ("Agreement") in principle with Defendants Republic Services, Inc. and Bridgeton Landfill, LLC.

4. Together the Parties have agreed upon a settlement of this lawsuit, in which Plaintiffs, alleged odors emanating from the Bridgeton Landfill caused a loss of use and enjoyment of their property.

5.     The Parties agree that the Agreement is fair and resolves all remaining claims from the above captioned case.

6.     Rickey Sutterfield, as next friend for M.M., has reviewed the Agreement and believes that it adequately compensates the minor child.  Further Rickey Sutterfield having carefully considered the allegations brought on behalf of M.M., believes this Agreement is in the best interest of M.M.

WHEREFORE, for the reasons stated herein, Rickey Sutterfield as next friend for minor Plaintiff M.M., respectfully requests the Court review the Agreement, hear evidence, and, if warranted, that it enter its Order approving the entry of the Agreement on behalf of the minor M.M.. and Order the Next Friend to execute the Agreement on behalf of M.M. Plaintiff.

Dated:     October 11, 2016

FINNEY LAW OFFICE, LLC

/s/Daniel P. Finney, Jr., #26389
225 S. Meramec
Suite 1200
St. Louis, MO 63105
(314) 646-0300
(314) 646-0303 FAX
Attorney for Plaintiff

CERTIFICATE OF SERVICE

A copy of the foregoing was served upon Defendants' counsel of record via the Court's ECF system on this 11th day of October, 2016: William Beck, 2345 Grand Boulevard, Suite 2200, Kansas City, Missouri 64108-2618 and Matthew A Jacober, Pierre Laclede Center, 7701 Forsyth Blvd., Suite 500, Clayton, MO 63105.

/s/Daniel P.  Finney, Jr.